RWP/sls

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6231-CR-DIMITROULEAS

18 U.S.C. § 1344

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA,

v.

FRANKLIN MURRAY,

        Defendant.

_____/

### INDICTMENT

### COUNTS 1 - 6

GENERAL ALLEGATIONS

At all times material to this Indictment:

1. MBNA America Bank, N.A. was a financial institution whose accounts were insured by the Federal Deposit Insurance Corporation, and which had branches in Broward County, and throughout the Southern District of Florida.

2. NationsBank (now known as Bank of America) was a financial institution whose accounts were insured by the Federal Deposit Insurance Corporation, and which had branches in Broward County, and throughout the Southern District of Florida.

3. On or about the dates set forth below, at Broward County, in the Southern District of Florida, the defendant,



FRANKLIN MURRAY,

knowingly and willfully devised and executed a scheme and artifice, and attempted to do so, to obtain moneys owned by and under the custody and control of federally insured financial institutions, by means of false and fraudulent pretenses, representations, and promises; in that the defendant set up false line of credit under the name of Robert P. Forlano, using the true social security number and date of birth of Ronald P. Forlano and obtained convenience checks from MBNA America Bank, N.A. under the name of Robert P. Forlano, and then fraudulently deposited funds, using the fraudulently obtained convenience checks, into his personal account at NationsBank under his true name and control which funds he subsequently withdrew, in the amounts as described and set forth below:

EXECUTIONS OF SCHEME AND ARTIFICE

| *COUNT* | *DATE* | *BANK* | *ACCOUNT NAME* | *AMOUNT* | *ACCOUNT FUNDS* |
|---|---|---|---|---|---|
| 1 | 12/23/99 | MBNA | ROBERT P. FORLANO | $7,000.00 DEPOSITED | NATIONS-BANK ACCT # 3438524168 MURRAY |
| 2 | 12/23/99 | MBNA | ROBERT P. FORLANO | $4,000.00 DEPOSITED | NATIONS-BANK ACCT #3438524168 MURRAY |
| 3 | 12/23/99 | MBNA | ROBERT P. FORLANO | $6,500.00 DEPOSITED | NATIONS-BANK ACCT #3438524168 MURRAY |
| 4 | 12/23/99 | MBNA | ROBERT P. FORLANO | $7,000.00 DEPOSITED | NATIONS-BANK ACCT #3438524168 MURRAY |

2

| 5 | 12/27/99 | NATIONS-BANK | FRANKLIN MURRAY | $8,405.00 WITHDRAWN | NATIONS-BANK ACCT #3438524168 MURRAY |
|---|---|---|---|---|---|
| 6 | 12/27/99 | NATIONS-BANK | FRANKLIN MURRAY | $7,000.00 WITHDRAWN | NATIONS-BANK ACCT #3438524168 MURRAY |

All in violation of Title 18, United States Code, Section 1344.

A TRUE BILL

*[signature]*
FOREPERSON

*[signature]*
GUY A. LEWIS
UNITED STATES ATTORNEY

*[signature]*
ROGER W. POWELL
ASSISTANT U.S. ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| FRANKLIN MURRAY | **Superseding Case Information:** |

**Court Division**: (Select One)

New Defendant(s)    Yes ___    No ___
Number of New Defendants ___
Total number of counts ___

___ Miami    ___ Key West
X   FTL      ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) NO _____
   List language and/or dialect _____

4. This case will take  3  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I   | 0 to 5 days    | X ___ | Petty    | ___ |
   | II  | 6 to 10 days   | ___   | Minor    | ___ |
   | III | 11 to 20 days  | ___   | Misdem.  | ___ |
   | IV  | 21 to 60 days  | ___   | Felony   | X ___ |
   | V   | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) NO _____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No) ___ NO _____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes  X  No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes  X  No

          *Roger W. Powell* (signature)
          ROGER W. POWELL
          ASSISTANT UNITED STATES ATTORNEY
          Florida Bar No. 341411

*Penalty Sheet(s) attached                                          REV.6/27/00

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name:  **FRANKLIN MURRAY**  No.: _____

**Count #:1- 6**
BANK FRAUD

Title 18, United States Code, Sections 1344 and 2

*Max. Penalty: 30 years' Imprisonment and $1,000,000 fine

**Count #:**

*Max. Penalty:

**Count #:**

*Max. Penalty:

**Count #:**

*Max. Penalty:

**Count #:**

*Max. Penalty:

**Count #:**

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96