# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

FRANKLIN MURRAY,

## WARRANT FOR ARREST

CASE NUMBER: **00-6231-CR-DIMITROULEAS**

MAGISTRATE JUDGE

**FILED by** D.C.

AUG 17 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __FRANKLIN MURRAY__
Name

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

| X | Indictment | | | Information | | | Complaint | | | Order of court | | | Violation Notice | | | Probation Violation Petition |

**charging him or her with** (brief description of offense) **BANK FRAUD**

in violation of Title __18__ United States Code, Section(s) __1344__

__Clarence Maddox__
Name of Issuing Officer

**Court Administrator/Clerk of the Court**
Title of Issuing Officer

*Jenny Butler*
Signature of Issuing Officer

__AUGUST 17, 2000__    __FT. LAUDERDALE, FLORIDA__
Date and Location

Bail fixed at $__15,000 Corporate Surety__

by __LURANA S. SNOW__
__UNITED STATES MAGISTRATE JUDGE__
Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST. | | |



**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: Franklin Murray
ALIAS:

LAST KNOWN RESIDENCE: 971 N. POWERLINE RD., POMPANO BEACH, FL 33069

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH: 05-05-71

SOCIAL SECURITY NUMBER: 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

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: SECRET SERVICE, 3900 N. 29TH AVE., HOLLYWOOD, FL