FILED by _____ D.C.
SEP 27 2000
CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. FT. LAUD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6231-CR-DIMITROULEAS

UNITED STATES OF AMERICA

V.                                           MINUTE ORDER

FRANKLIN MURRAY

---

On August 17, 2000 an Indictment was returned for the above named defendant. The defendant not having been arrested and 30 days having passed, this defendant is hereby transferred to fugitive status.

Dated this 27th Day of September, 2000 at Fort Lauderdale, Florida.

AT THE DIRECTION OF THE
HONORABLE WILLIAM P. DIMITROULEAS

CLARENCE MADDOX,
CLERK OF COURT

BY: _____
KAREN A. CARLTON
DEPUTY CLERK

