## United States District Court

SOUTHERN    DISTRICT OF    FLORIDA    499249

UNITED STATES OF AMERICA

V.

FRANKLIN MURRAY,

**WARRANT FOR ARREST**

CASE NUMBER: **00-6231 CR - DIMITROULEAS**

TO: **The United States Marshal and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest  FRANKLIN MURRAY

MAGISTRATE JUDGE SNOW
Name

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

| X | Indictment |   | Information |   | Complaint |   | Order of court |   | Violation Notice |   | Probation Violation Petition

**charging him or her with** (brief description of offense)  **BANK FRAUD**

in violation of Title 18 United States Code, Section(s) 1344

Clarence Maddox
Name of Issuing Officer

Court Administrator/Clerk of the Court
Title of Issuing Officer

*[Signature]* Jenny Butler
Signature of Issuing Officer

AUGUST 17, 2000    FT. LAUDERDALE, FLORIDA
Date and Location

Bail fixed at $ 15,000 Corporate Surety    by  LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at

Atlanta, GA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| 7/17/2001 | James A. Tassone, USM SD/FL | Ed Purchase, SDUSM |
| DATE OF ARREST 11/30/2000 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

