UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6231 CR-DIMITROULEAS
Magistrate Judge Snow

UNITED STATE OF AMERICA,

vs.

FRANKLIN MURRAY,

        Defendant.        /



## NOTICE OF APPEARANCE FOR TRIAL (ONLY)

The Clerk of the above-styled Court will kindly enter the appearance of the undersigned for purposes of the trial of this litigation and oblige.

It is requested of the United States Attorney that all documents served in the above-styled cause be served upon both co-counsel at the address set forth under each of our names.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed to: **Guy A. Lewis,** United States Attorney, 99 NE Fourth Street, Miami, FL 33132 and to: **Roger W. Powell,** Assistant U.S. Attorney, 299 East Broward Boulevard, Ft. Lauderdale, FL 33301, this 22 day of January, 2001.

| | |
|---|---|
| LOUIS M. JEPEWAY, JR. ,ESQ. | RICHARD TOUBY, ESQ. |
| Co-Counsel for Defendant | Co-Counsel for Defendant |
| 407 Biscayne Building | 907 Biscayne Building |
| 19 West Flagler Street | 19 West Flagler Street |
| Miami, Florida 33130 | Miami, Florida 33130 |
| (305) 377-2356 | (305) 373-8400 |
| Florida Bar No. 113699 | Florida Bar No. 081847 |

Murray-F\NOA.

