UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6231 CR-DIMITROULEAS
Magistrate Judge Snow

UNITED STATE OF AMERICA,

vs.

FRANKLIN MURRAY,

　　　　Defendant.　　　　　/

## DISCOVERY REQUEST

Pursuant to Gen. Rule 88.10, U.S. District Court - Southern District, Defendant by and through his undersigned attorneys, requests the government to provide Defendant with the matters set forth in Gen. Rule 88.10, A, 1. through 6.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed to: **Guy A. Lewis,** United States Attorney, 99 NE Fourth Street, Miami, FL 33132 and to: **Roger W. Powell,** Assistant U.S. Attorney, 299 East Broward Boulevard, Ft. Lauderdale, FL 33301, this _22_ day of January, 2001.

LOUIS M. JEPEWAY, JR. ,ESQ.
Co-Counsel for Defendant
407 Biscayne Building
19 West Flagler Street
Miami, Florida 33130
(305) 377-2356
Florida Bar No. 113699

RICHARD TOUBY, ESQ.
Co-Counsel for Defendant
907 Biscayne Building
19 West Flagler Street
Miami, Florida 33130
(305) 373-8400
Florida Bar No. 081847

Murray-F\Discover.Req

