FILED by ___ D.C.
FEB 01 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6231-CR-WPD

UNITED STATES OF AMERICA

VS.

**MINUTE ORDER**

FRANKLIN MURRAY

On September 27, 2000 defendant Franklin Murray was transferred to fugitive status.

Now that the defendant has been arrested and returned to the jurisdiction of this Court, this defendant presently lodged in fugitive status is hereby returned to the active calendar of the Honorable William P. Dimitrouleas for further proceedings.

CLARENCE MADDOX
CLERK OF COURT
BY: /s/ Karen A. Carlton
KAREN A. CARLTON
DEPUTY CLERK

DATED: February 1, 2001