UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6231-Cr-Dimitrouleas
Magistrate Judge Snow

UNITED STATES OF AMERICA,

v.

FRANKLIN MURRAY,

Defendant.
_____/



## MOTION TO SET ARRAIGNMENT

The Defendant, Franklin Murray, by and through his undersigned attorneys, respectfully moves the Court to schedule his arraignment for Tuesday, February 13, 2001, at 11:00 A.M., on the following grounds:

1. Mr. Murray lives near Atlanta, Georgia.

2. Mr. Murray has made no appearance in the Southern District of Florida.

3. The Government has no objection.

RICHARD TOUBY, ESQ.
Suite 907, Biscayne Building
19 West Flagler Street
Miami, Florida 33130
Tele.: (305)373-8400
Fla. Bar No. 081847

JEPEWAY AND JEPEWAY, P.A.
Suite 407, Biscayne Building
19 West Flagler Street
Miami, Florida 33130
Tele.: (305)377-2356
Fla. Bar No. 113699

By: _____
Louis M. Jepeway, Jr.

USA v. Franklin Murray
Case No. 00-6231-Cr-Dimitrouleas

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing **Motion to Set Arraignment** was mailed to **ROGER W. POWELL**, Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394 this 5th day of February 2001.

By: _____
Louis M. Jepeway, Jr.

-2-