COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Franklin Murray (surrender)   CASE NO: 00-6231-CR-Dimitrouleas
AUSA: Roger Powell /Dina            ATTNY: Louis Jepeway present
AGENT:  Wishington                  VIOL:
PROCEEDING: Initial Appearance      BOND REC: (released on bond in Georgia)
BOND HEARING HELD - (yes)/no        COUNSEL APPOINTED: _____
✓ BOND SET @ $15,000.00 Corporate Surety
CO-SIGNATURES: Continued as set in Georgia
SPECIAL CONDITIONS:

FILED by ___ D.C.
FEB 13 2001

(1) Do not violate any law.
(2) Appear in court as directed.
(3) Surrender and/or do not obtain passports/travel documents.
(4) Rpt to PTS as directed /or advised x's a week/month by phone; ___ x's a week/month in person. in Georgia
(5) Random urine testing by Pretrial Services; Treatment as deemed necessary.
(6) Maintain or seek full-time employment.
(7) Maintain or begin an educational program.
(8) No contact with victims/witnesses.
(9) No firearms - 5 days to transfer Firearms to another party.
(10) Curfew:
(11) Travel extended to: Northern Georgia.
(12) ___ Halfway House
    ___ Electronic Monitoring

A advised of Charges
A sworn
Joseph Nathaniel Wooden - witness sworn
A - sworn

NEXT COURT APPEARANCE:  DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE: 2-28-01  11:00am  BSS
DATE: 2-13-01   TIME: 11:00am   TAPE # 01-305   PG #
1555 — 2488
Recalled 01-005
3383 — 3632
764