RECEIVED & FILED IN OPEN COURT
ON 2/13/01 AT
Ft. Lauderdale, FLA.
Clarence Maddox, Clerk
United States District Court
Southern District of Florida

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6231-CR-
Dimitrouleas

UNITED STATES OF AMERICA,   :

v.   :   **NOTICE OF PERMANENT APPEARANCE AS COUNSEL OF RECORD**

Franklin Murray   :

   :

COMES NOW Louis M. Jepeway, Jr. and Richard Tooby, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: Feb 13, 2001

Richard Tooby
Suite 907
19 W. Flagler St.
Miami, FLA. 33130
305-373-8400
r 8/847

Attorney Louis M. Jepeway, Jr.
Address Suite 407, 19 W. Flagler St.
City Miami  State Fla.  Zip 33130
Telephone 305-377-2356
Florida Bar No. 113699

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_____

_____