FILED by ___ D.C.
INTAKE
FEB 14 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 51990-019

| | |
|---|---|
| UNITED STATES OF AMERICA | Case Number: CR 00-6231-CR-WPD |
| Plaintiff | REPORT COMMENCING CRIMINAL ACTION |
| -vs- | |
| FRANKLIN A. MURRAY | |
| Defendant | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
U.S. District Court              (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
MAGISTRATES COURT ABOVE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: SELF 2-13-01 am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: FRAUD (BANK)

(4) U.S. Citizen [ ] Yes [X] No [ ] Unknown RES. A.

(5) Date of Birth: 5-5-71

(6) Type of Charging Document: (check one)
[X] Indictment  [ ] Complaint  To be filed/Already filed
Case # _____

[ ] Bench Warrant for Failure to Appear
[ ] Probation Violation Warrant
[ ] Parole Violation Warrant

Originating District: SD/FL

COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 2-13-01    (9) Arresting Officer: _____

(10) Agency: USMS    (11) Phone: _____

(12) Comments: _____

18/19