UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6231-Cr-Dimitrouleas
Magistrate Judge Snow

UNITED STATES OF AMERICA,

v.

FRANKLIN MURRAY,

        Defendant.
_____/



### MOTION TO CONTINUE TRIAL

      The Defendant, Franklin Murray, by and through his undersigned attorneys, respectfully moves the Court to continue the trial of this cause, which presently is scheduled for the two week period commencing March 19, 2001, to May 14, 2001, on the following grounds:

      1.    The Government has no objection.

      2.    The Arraignment was February 13, 2001.

      3.    The defense has a great deal of preparation to do. It must retain experts and fully investigate the Government's charges.

      4.    The Defendant lives near Atlanta, Georgia, which further complicates the preparation of his defense.

      5.    The Defendant requests a setting in May because undersigned counsel, Richard Touby, recently experienced a great personal tragedy, the death of his daughter. Mr. Touby was consumed with the care of his daughter during 1998, 1999, and 2000. He was unable to

USA v. Franklin Murray<br>Case No. 00-6231-Cr-Dimitrouleas

take any vacation. He scheduled his first vacation in over three years from April 22, 2001 to May 7, 2001. The vacation was scheduled before the trial date was set.

6. Undersigned counsel, Louis M. Jepeway, Jr., underwent serious and delicate surgery in mid-October, 2000. He undergoes follow up tests on February 26, 2001. He is fine. However, the surgery effectively prevented him from working for approximately five to six weeks. Simply put, he is very far behind.

7. The Defendant and undersigned counsel thank the Court for its consideration.

| | |
|---|---|
| RICHARD TOUBY, ESQ. | JEPEWAY AND JEPEWAY, P.A. |
| Suite 907, Biscayne Building | Suite 407, Biscayne Building |
| 19 West Flagler Street | 19 West Flagler Street |
| Miami, Florida 33130 | Miami, Florida 33130 |
| Tele.: (305)373-8400 | Tele.: (305)377-2356 |
| Fla. Bar No. 081847 | Fla. Bar No. 113699 |

By: _____
Louis M. Jepeway, Jr.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **Motion to Continue Trial** was mailed to **ROGER W. POWELL**, Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394 this 23rd day of February 2001.

By: _____
Louis M. Jepeway, Jr.

-2-