UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6231-CR-DIMITROULEAS

Plaintiff,

vs.

FRANKLIN MURRAY,

Defendant.
_____/

### ORDER DENYING WITHOUT PREJUDICE
### MOTION FOR CONTINUANCE OF TRIAL DATE

THIS CAUSE having come before this Court on Defendant's Motion To Continue [DE-20], and the Court noting that no proposed order, as required by Local Rule 7.1A2 was provided, it is

ORDERED AND ADJUDGED that the Defendant's motion is hereby DENIED without prejudice to renew at the Calendar Call.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 27 day of February, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Louis M. Jepeway, Jr., Esquire
19 West Flagler Street, #407
Miami, FL 33130

Roger Powell, AUSA



Richard Touby, Esquire
Suite 907, Biscayne Building
19 West Flagler Street
Miami, FL 33130