U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | FRANKLIN MURRAY (B) | CASE NO: | 00-6231-CR-Dimitrouleas |
| AUSA: | ROGER POWELL *present* | ATTNY: | LOUIS JEPEWAY *present* |
| AGENT: | | VIOL: | |
| PROCEEDING: | STATUS CONFERENCE | BOND REC: | |

FILED by _____ D.C.
INTAKE
FEB 28 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: _____

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House _____
___ Electronic Monitoring _____

Discovery out
No tapes
Mot to cont / Denied already.
3 days to try
Gov't ready

NEXT COURT APPEARANCE: ___ DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

DATE: 2-28-01    TIME: 11:00am    TAPE # 01-011    PG # 1
ends 11:45am    1382-1590