UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6231-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

VS.

FRANKLIN MURRAY,

Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on February 28, 2001. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order. The Government further represented that it is ready to proceed, that its case will not involve any tapes, and that the matter will require three days to try.

2. Defense counsel informed the Court that he will not be ready to proceed by the Court's trial setting - March 19, 2001. He further informed the Court that he anticipates moving for early disclosure of grand jury testimony.

DATED at Fort Lauderdale, Florida this _____ day of February 2001.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable William P. Dimitrouleas
United States District Judge

Roger Powell, Esquire
Assistant United States Attorney

Louis M. Jepeway, Jr., Esquire
Biscayne Building, Suite 407
19 West Flagler Street
Miami, Florida 33130-4404
Attorney for Defendant