UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

v.

FRANKLIN MURRAY,

        Defendant.
_____/

Case No. 00-6231-Cr-Dimitrouleas

Magistrate Judge Snow

## MOTION FOR WRITTEN SUMMARY OF TESTIMONY

The Defendant, Franklin Murray, by and through his undersigned attorneys, pursuant to Section N. of the Standing Discovery Order, requests a written summary of testimony the Government reasonably expects to offer at trial under Rule 702, 703, and 705 of the Federal Rules of Evidence.

| | |
|---|---|
| RICHARD TOUBY, ESQ. | JEPEWAY AND JEPEWAY, P.A. |
| Suite 907, Biscayne Building | Suite 407, Biscayne Building |
| 19 West Flagler Street | 19 West Flagler Street |
| Miami, Florida 33130 | Miami, Florida 33130 |
| Tele.: (305)373-8400 | Tele.: (305)377-2356 |
| Fla. Bar No. 081847 | Fla. Bar No. 113699 |

By: _____
    Louis M. Jepeway, Jr.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **Motion for Written Summary of Testimony** was mailed to **ROGER W. POWELL**, Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394 this 1st day of March 2001.

By: _____
    Louis M. Jepeway, Jr.