UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   Case No. 00-6231-Cr-Dimitrouleas
                            Magistrate Judge Snow

v.

FRANKLIN MURRAY,

    Defendant.
_____/

## MOTION FOR PRODUCTION OF GRAND JURY TESTIMONY

The Defendant, Franklin Murray, by and through his undersigned attorneys, pursuant to Section B.J. of the Standing Discovery Order, moves for immediate production of the Grand Jury testimony of all witnesses who will testify for the Government at the trial of this cause.

The Government's position is that it will produce the transcript after *voir dire*.

RICHARD TOUBY, ESQ.            JEPEWAY AND JEPEWAY, P.A.
Suite 907, Biscayne Building   Suite 407, Biscayne Building
19 West Flagler Street         19 West Flagler Street
Miami, Florida 33130           Miami, Florida 33130
Tele.: (305)373-8400           Tele.: (305)377-2356
Fla. Bar No. 081847            Fla. Bar No. 113699

                               By: _____
                                   Louis M. Jepeway, Jr.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **Motion for Production of Grand Jury Testimony** was mailed to **ROGER W. POWELL**, Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394 this 2nd day of March 2001.

                               By: _____
                                   Louis M. Jepeway, Jr.