UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-6231-CR-DIMITROULEAS

Plaintiff,

vs.

FRANKLIN MURRAY,

Defendant.
_____/

## ORDER DENYING MOTION FOR PRODUCTION OF GRAND JURY TESTIMONY

THIS CAUSE having come before this Court on Defendant's March 5, 2001, Motion For Production of Grand Jury Testimony, it is

ORDERED AND ADJUDGED that the Defendant's motion is hereby DENIED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of March, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Louis M. Jepeway, Jr., Esquire
19 West Flagler Street, #407
Miami, FL 33130

Roger Powell, AUSA



Richard Touby, Esquire
Suite #907, Biscayne Building
19 West Flagler Street
Miami, FL 33130