UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6231-CR-DIMITROULEAS

Plaintiff,

vs.

FRANKLIN MURRAY,

Defendant.

_____/

### ORDER DENYING WITHOUT PREJUDICE
### RENEWED MOTION FOR CONTINUANCE OF TRIAL DATE

THIS CAUSE having come before this Court on Defendant's March 5, 2001 Renewed

Motion To Continue Trial, it is

ORDERED AND ADJUDGED that the Defendant's motion is hereby DENIED without

prejudice to renew at the Calendar Call.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

_____ day of March, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Louis M. Jepeway, Jr., Esquire
19 West Flagler Street, #407
Miami, FL 33130

Roger Powell, AUSA



Richard Touby, Esquire
Suite #907, Biscayne Building
19 West Flagler Street
Miami, FL 33130