RWP/sls

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6231-CR-DIMITROULEAS

UNITED STATES OF AMERICA

v.

FRANKLIN MURRAY,

        Defendant.
_____/

NIGHT BOX FILED
MAR 1 2 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### GOVERNMENT'S FIRST SUPPLEMENTAL
### RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this First Supplemental Response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

  A.        Attached is a report of physical or mental examination or scientific test or experiment made in connection with this case that confirms the handwriting of the defendant on the checks in evidence.

The attachments to this response are numbered pages 000027 - 00028. Please contact the undersigned Assistant United States



Attorney if any pages are missing.

                        Respectfully submitted,

                        GUY A. LEWIS
                        UNITED STATES ATTORNEY

                    By: _____
                        ROGER W. POWELL
                        ASSISTANT UNITED STATES ATTORNEY
                        Florida Bar No.341411
                        500 E. Broward Blvd., Suite 700
                        Fort Lauderdale, Florida 33394
                        Tel:(954)356-7255; Fax:356-7336

cc: Special Agent Ricky B. Hicks,
    U.S. Secret Service

                    **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail and faxed on March 12, 2001 to:

        Mr. Louis M. Jepeway, Jr., Esq.
        Attorney for Defendant Murray
        407 Biscayne Building
        19 West Flagler Street
        Miami, FL 33130

        Mr. Richard Touby, Esq.
        Attorney for Defendant Murray
        907 Biscayne Building
        19 West Flagler Street
        Miami, FL 33130

                      _____
                      ROGER W. POWELL
                      ASSISTANT U.S. ATTORNEY

# REPORT

Office of Investigations
Forensic Services Division
Questioned Document Branch

March 9, 2001

To: SAIC – Miami

Subject: Franklin Augustus Murray

Case No.: J-311-813-47334-S
SA R. B. Hicks

Type of Examination: Handwriting

Reference is made to the Miami SSF 3115, dated March 7, 2001 and the Miami SSF 1544 No. 311 2000 CB 487, dated March 31, 2000.

1. **EXHIBITS EXAMINED**

   Q-1 through Q-4

   Originals of four MBNA America Bank, N.A. checks No. 101, 102, 103 and 104, initialed and dated "RAD Q-1" through "RAD Q-4," respectively.

   S-1  One Form FD-249 and one Form SSF 1737B bearing writing specimens of Franklin Augustus Murray.

2. **REQUEST**

   Determine whether or not the author of the specimen writing executed any of the questioned signatures appearing on Exhibits Q-1 through Q-4.

3. **RESULTS OF EXAMINATION**

   It has been concluded that Franklin Augustus Murray (S-1) wrote the questioned signatures appearing on the reverse of Exhibits Q-1 through Q-4.

4. **REMARKS**

   The submitted exhibits are attached.

00027

J-311-813-47334-S
March 9, 2001
SA R.B. Hicks
Page 2

Examination by:

*[signature]*

Richard A. Dusak
Document Analyst

Approved by:

*for [signature] Gregory A. Floyd*
Jack L. Johnson, Jr.
Special Agent in Charge

Attachments

00028