## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM P. DIMITROULEAS

FILED D.C.
MAR 16 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6231-CR-WPD    DATE: March 16, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Franklin Murray

U.S. ATTORNEY: Roger Powell    DEFT. COUNSEL: Richard Houby

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Deft's motion to continue is granted. Court resets the case and finds the time from today until trial deemed excludable.

CASE CONTINUED TO: 5/8/01    TIME: 9:00    FOR: Cal. Call
MISC: 5/14/01    2 week trial period.