UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

v.

Case No. 00-6231-Cr-Dimitrouleas
Magistrate Judge Snow

FRANKLIN MURRAY,

Defendant.
_____/

FILED by ___ D.C.

MAR 1 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE TRIAL**

UPON CONSIDERATION, it is

ORDERED that the Motion of the Defendant, Franklin Murray, to continue the trial of this cause is GRANTED.

It is further ORDERED that the trial of this cause is scheduled for May 14, 2001 @ 9:00 with the calendar call to be held on May 9, 2001 @ 9:00

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 16 day of March, 2001.

William Dimitrouleas
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Louis M. Jepeway, Jr.
Richard Touby, Esq.
Roger Powell, Assistant U.S. Attorney

