RWP/sls

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6231-CR-DIMITROULEAS

UNITED STATES OF AMERICA

v.

FRANKLIN MURRAY,

    Defendant.
_____/

### GOVERNMENT'S SECOND SUPPLEMENTAL RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this Second Supplemental Response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

    A.    5.    Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief - attached are the FDIC certifications of the victim banks involved in this indictment

The attachments to this response are numbered pages 000029 - 00048. Please contact the undersigned Assistant United States



Attorney if any pages are missing.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *Roger W. Powell*
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.341411
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Tel:(954)356-7255; Fax:356-7336

cc: Special Agent Ricky B. Hicks,
    U.S. Secret Service

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail and faxed on March 20, 2001 to:

Mr. Louis M. Jepeway, Jr., Esq.
Attorney for Defendant Murray
407 Biscayne Building
19 West Flagler Street
Miami, FL 33130

Mr. Richard Touby, Esq.
Attorney for Defendant Murray
907 Biscayne Building
19 West Flagler Street
Miami, FL 33130

*R. W. Powell*
ROGER W. POWELL
ASSISTANT U.S. ATTORNEY

2