UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6231 CR-DIMITROULEAS
Magistrate Judge Snow

UNITED STATE OF AMERICA,

vs.

FRANKLIN MURRAY,

    Defendant.    /

### NOTICE FOR VACATION

Please be informed that I have an appointment with the QE2 at Fort Lauderdale, Florida, on Sunday, April 22, 2001. The Good Lord willing (and the creek don't rise), I will return to my office on Monday, May 7, 2001. This is my wife's and my first vacation in three (3) years.

As I am also a solo practitioner, please do not set any matter to be heard in this matter during the above period. (It would also be nice to get a couple of extra days to regain my sea legs).

Thank you for the anticipated cooperation.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice For Vacation was served by U.S. mail on: **Guy A. Lewis,** United States Attorney, 99 NE Fourth Street, Miami, FL 33132 and to: **Roger W. Powell,** Assistant U.S. Attorney, 299 East Broward Boulevard, Ft. Lauderdale, FL 33301, and **Louis M. Jepeway, Jr., Esq.**, Biscayne Building 407, 19 W. Flagler Street, Miami, FL 33130. this 2 day of _April_, 2001.

RICHARD TOUBY, ESQ.
Co-Counsel for Defendant
907 Biscayne Building
19 West Flagler Street
Miami, Florida 33130
(305) 373-8400
Florida Bar No. 081847

Murray-F\Vacation Not



NON-COMPLIANCE OF S.D. fla. L.R. 5.1A

