UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

                                          Case No. 00-6231-Cr-Dimitrouleas

v.                                      Magistrate Judge Snow

FRANKLIN MURRAY,

          Defendant.
_____/

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

       Richard Touby and Louis M. Jepeway, Jr., attorneys for the Defendant, Franklin Murray, move the Court for leave to withdraw as counsel for the Defendant for the following reasons:

       1.     The attorney-client relationship has deteriorated to the point of non-existence.

       2.     It has become impossible for Messrs. Touby and Jepeway to prepare for trial and/or to prepare the Defendant's defense.

       3.     It is very much in the Defendant's best interest that other counsel represent him.

       4.     If the Defendant goes to trial with present counsel he will be deprived of due process and effective assistance of counsel in violation of the Fifth and Sixth Amendments to the Constitution of the United States.

       5.     Certainly no prejudice will result by the granting of this motion.

| | |
|---|---|
| RICHARD TOUBY, ESQ. | JEPEWAY AND JEPEWAY, P.A. |
| 19 West Flagler Street, Suite 907 | 19 West Flagler Street, Suite 407 |
| Miami, Florida 33130 | Miami, Florida 33130 |
| Tele.: (305)373-8400 | Tele.: (305)377-2356 |
| Fla. Bar No. 081847 | Fla. Bar No. 113699 |

                                                    By: _____
                                                       Louis M. Jepeway, Jr.

*USA v. Franklin Murray*
*Case No. 00-6231-Cr-Dimitrouleas*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing **Motion for Leave to Withdraw as Counsel** was mailed to **ROGER W. POWELL**, Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394 and sent via Federal Express to **FRANKLIN MURRAY,** 6842 Almont Cove, Stone Mountain, Georgia 30087 this 10th day of April 2001.

By: _____
Louis M. Jepeway, Jr.

JEPEWAY AND JEPEWAY, P.A., ATTORNEYS AT LAW, 19 WEST FLAGLER STREET, SUITE 407, MIAMI, FL 33130 • TEL. (305) 377-2356