UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6231-CR-DIMITROULEAS

    Plaintiff,

vs.

FRANKLIN MURRAY,

    Defendant.
_____/



FILED ____ D.C.
APR 1 5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER SETTING HEARING
## AND REQUIRING DEFENDANT'S PRESENCE

THIS CAUSE having come before this Court on Defendant's April 12, 2001 Motion for Leave to Withdraw as Counsel [DE-36], and the Court noting that no proposed order, as required by Local Rule 7.1A2 was provided, nevertheless, it is

ORDERED AND ADJUDGED that the Court will grant a hearing on the Motion. The hearing is set for **April 20, 2001 at 10:00 A.M.** in Courtroom 203E. The Defendant must be present at the hearing.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _13_ day of April, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge



Copies furnished to:

Louis M. Jepeway, Jr., Esquire
19 West Flagler Street, #407
Miami, FL 33130

Roger W. Powell, AUSA

Richard Touby, Esquire
19 West Flagler Street, #907
Miami, FL 33130

Franklin Murray
6842 Almont Cove
Stone Mountain, GA 30087