UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-6231-CR-DIMITROULEAS
Plaintiff,

vs.

FRANKLIN MURRAY
Defendant    **ORDER GRANTING CONTINUANCE**

_____/

This matter having come before the Court on April 20, 2001 on the Defendant's Motion To Continue Trial Date. After due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to the two-week trial calendar commencing June 4, 2001, at 9:00 A.M. o'clock, or as soon thereafter as the case may be called. **COUNSEL AND DEFENDANT** shall report to a **Calendar Call** on **June 1, 2001 at 9:00** A.M. o'clock;

ORDERED that the period from the date of this order to the time of trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial

DONE AND ORDERED this ___ day of April, 2001.

WILLIAM P. DIMITROULEAS
United States District Court Judge
Southern District of Florida

cc:    Roger Powell, AUSA
        Louis Jepeway, Esq.