## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6231-CR-WPD    DATE: April 20, 2001

COURTROOM CLERK: Deloris McIntosh    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA vs. FRANKLIN MURRAY

U.S. ATTORNEY: Roger Powell    DEFT. COUNSEL: Louis Jepeway

REASON FOR HEARING: Hearing RE: Motion to withdraw Attorney

RESULT OF HEARING: Motion to withdraw denied; Motion to continue granted

CASE CONTINUED TO: 6/4/01    TIME: 9:00    FOR: Jury Trial

MISC: 6/1/01 CC

39