**CRIMINAL MINUTES**

FILED by ___ D.C.
JUN 0 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6231-CR-WPD    DATE: June 1, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Franklin Murray

U.S. ATTORNEY: Roger Powell    DEFT. COUNSEL: Louis Jepeway & Richard Tausy

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Motion to withdraw is denied. Deft's motion to continue is denied.

CASE CONTINUED TO: 6/4/01    TIME: 9:15 / 9:45    FOR: Jury Selection
                   6/4/01           9:15  m/Suppress

MISC: _____

