## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

FILED by ___ D.C.
JUN 0 4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6231-CR-WPD    DATE: June 4, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA VS. Franklin Murray

U.S. ATTORNEY: Roger Powell    DEFT. COUNSEL: Louis Jepeway

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to enter Guilty plea to Count 5. Gvt agrees to dismiss Counts 1, 2, 3, 4 and 6 at time of sentencing.

Court accepts Guilty plea.

CASE CONTINUED TO: 8/17/01    TIME: 10:30    FOR: Sentencing

MISC: written plea agreement filed