**CRIMINAL MINUTES**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6231-CR-WPD    DATE: August 17, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Ed Corley    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Franklin Murray

U.S. ATTORNEY: Robin Rosenbaum for Roger Powell    DEFT. COUNSEL: Louis Opinay

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed; 1 month BOP, 5 years supervised release with special condition that first 5 months are to be spent in home confinement without electronic monitoring. $15,405 Restitution to be paid during period of Supervised Release. No Fine, $100 assessment. Deft Remanded to Custody.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: _____

