

Franklin Agustus Murray
6842 Almont Cove
Stone Mountain, Georgia 30087
Case # 00-6231-CR-WPD

To The Honorable Judge
Judge William P Dimitrouleas
299 East Broward Blvd
Fort Lauderdale, Florida 33301
United States District Court
Southern District of Florida

    Dear Your Honorable Judge

My name is Franklin Agustus Murray Case # 00-6231-CR-WPD. I was present in your court room on August 17th 2001 of this year and was sentenced to 30 day in Fedderal Prison by you. The Councils who represented me in your court room on my criminal charges was Attourney Louis Jepeway and Co-Council Richard Tobby from Miami.

    Your Honorable Judge I was misrepresented by Councils Louis Jepeway and Richard Tobby. Who told me that the Prosecuting Attourney offered to drop 5 out of six of the counts I was charged with, Count 1 to 4 and Count 6 if I took a plea on Count 5 which would be drap to a 3rd degree count from a 1st digree count which would carry less penalties, They also stated that if I took this plea I would be given 2 yrs probation no prison time or house arrest and also that the Immigration and Natralization Services did not know of my charges and that they would not notify Immigration of my charges or conviction.

47/PS

(2) Your Honorable Judge I was forced by Council Louis Jepeway and co-council Richard Toboy to take the plea bargain because of my financial situation and because I was still owing them money for their cost of representing me, they told me if I did not take the plea they would withdraw from representing me, I did not want to be stuck without an attourney and I also did not have any more money to hire a new attourney so I was force to take the plea because of my financial situation and for the sake of my family my mother who's legaly blind who also suffers from High blood pressure and High colestrool, also my wife who suffers from a terrible knee injury and High blood pressure preventing her from working, and my sons who's in school I'm my family's only support emotionaly and financialy so I took the plea.

Your Honorable Judge on August 17th 2001 you sentenced me to 30 days in prison, I'm Thankful for the 30 days in prison because you could have given me more time in prison, the 30 days in prison changed me to a better person and lead me closer to God, Your Honorable Judge I finished my 30 days sentence but was not release back to the streets, I was held in Immigration custody and still is, I've been detained by immigration since September 14 2001 with no bond. Your Honor I'm facing deportation.

Your Honor my father was murdered in Jamaica in 1992 by the Jamaican Mafia and a group of Jamaican Politicians, I fled Jamaica after my fathers funeral in fair of my life as an attempt was

③ MADE ON MY LIFE, I HAVENT BEEN BACK TO JAMAICA SINCE, YOUR HONOR I'M ASKING YOU FOR PARDON I'M ASKING YOU TO VACATE MY CRIMINAL RECORD. VACATING MY CRIMINAL RECORD (CONVICTION) WILL STOP MY DEPORTATION. MY FAMILY NEEDS ME YOUR HONOR. IF I'M DEPORTED TO JAMAICA MY FAMILY WILL SUFFER HARDSHIP ALSO MY LIFE WILL BE TAKEN.

PLEASE YOUR HONOR VACATING MY CONVICTION WILL STOP MY DEPORTATION AND RELEASE ME FROM THE IMMIGRATION CUSTODY.

THANK YOU VERY MUCH
I'AM
YOURS RESPECTFULLY
FRANKLIN MURRAY
CASE# 00-6231-CR-WPD

FROM FRANKLIN MURRAY
515 11TH ST WEST, 5C
BRADENTON, FLORIDA 42050

The Honorable Judge
William. P. Dimitrouleas
United States District Court
Southern District of Florida
299 East Broward Blvd
Fort Lauderdale, Florida 33301

URGENT