# UNITED STATES DISTRICT COURT
Southern District of Florida
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

CASE NO: 00-6231-CR-WPD

STYLE: USA v Franklin Murray

DATE: 11/27/02

The Chambers of the Honorable _____
has received the attached document. After review, it has been
determined that this document requires the following action by
the Clerk's Office:

____ Docket this document as a motion for _____

____ Docket this document as a response to the following
     motion: _____

____ Docket this document as an answer _____

✓ Docket this document as _Notice of Receipt of letter dated_ 11/20/02

____ Docket this as an information matter only and file on the
     left side of the file.

____ Other: _____

Signed: _____
Name: Karen A. Carlton
Title: Courtroom Deputy

Franklin Murray 500214791
Division of Community Corrections
P.O. Box 407065
Fort Lauderdale, Florida 33340
November 20th 2002

The Honorable Federal Judge
Judge William Dimitrouleas
United States District Court
Southern District of Florida
299 E. Broward Blvd
Fort Lauderdale, Florida 33301

Dear Your Honorable, Judge Dimitrouleas,

My name is Franklin Murray, Case # 006231-CR, Sir I'm writing this letter to you as I'm seeking your help. Sir, on August 17 2001 of last year, I took a plea Guilty, to 1 count of Bank Fraud and was sentenced by you to 30 days Prison Time which I served at F.D.C. Miami, you also sentence me to 5 yrs Supervised Release, 5 months House Arrest and for me to pay Restitution in the amount of $15,000 Plus, to Bank of America.

Sir, I'm not writing this letter to Blame my Attorney Louis Jepeway, and Richard Touby, who Represented me or to Blame the U.S. Attorney Roger Powell who prosecuted the Case. Sir I'm writing this letter because I'm Locked up still in Immigration Custody. Sir, After Completing my 30 days sentence at F.D.C. Miami, I was not Released back on the streets of the United States, Instead I was taken into Immigration Custody. On September 14th 2001, the Immigration and Naturalization Services Refused to give me a Bond because they see my Conviction to be an Aggravated Felony, because the

case# 00624-CR
Page 2

lost the victim suffered was more than $10,000, and because of this its mandatory to hold an aggravated felon in custody without bond. Sir I had all intentions of paying back the restitution in the amount of $15,000 Plus to Bank of America. But there's no way I can pay it if I'm locked up.

Sir on February 25, 02, I was ordered deported to Jamaica by I.N.S Judge Dan Dowell. The Jamaican Government has refused to take me back to Jamaica, they will also kill me if I returned to Jamaica, as they had already made several attempts on my life in Jamaica in 1992 shortly after I burried my father who they had murdered on Sept 28 of that year 1992. My father was a retired circuit Judge, Politician and Bussiness man. I hadn't been back to Jamaica since. Sir I'm asking you to vacate my conviction. I promise I'll pay the restitution of $15,000 Plus, or you can put a lean against my house for the amount of the restitution until I pay it in full.

The I.N.S. Judge told me once the conviction is vacated I'm no longer deportable, and that he would re-enstate my status as United States Permantent Resident. or if you could vacate the lost to the victim from the amount of $15,000 Plus, Most Preferbly sir I would rather you vacating the conviction so that I can get my status as permanent resident re-enstated, Also so that I can file for my United States Citizenship as soon as I.N.S sets me free and re-enstate my U.S Permanent Resident Status.

Sir I've been locked up now for 15 months 14 of the 15 months by Immigration. Sir I've had alot of lost since my incarceration. My wife and I lost our daughter as my wife suffered a miscarriage last year october as



Page 3

She was pregnant with our daughter. In January 2002 I lost my grandmother, I was not allowed to go to her funeral as I was locked up in immigration custody. Sir I'm now about to lose my mother as she's suffering from serious problems with her liver, my mother also has cancer, she's 78 yrs old and legally blind, my mother is the only parent I have alive. Sir I want to be able to spend time with her in her final days. So please sir I'm asking for your mercy.

Sir at present I'm locked up at the stockade in Fort Lauderdale, (Broward County) as I presently fighting my state charges that the state of Florida brought against me, resulting from a telemarketing company I was part owner of. The state has charged me with 25 counts of cash deposit items with the intent to defraud and 1 count of grand theft, sir. I'm not guilty of these charges, and I don't want to have to plea guilty when I'm not guilty for the sake of convienience, sir these charges acured the same time as my fedderal charge I was convicted on, the judge presiding over this case is Circuit Judge Suzan Lebow.

Sir, Judge Suzan Lebow is willing to give me a bond, but I have a hold on me from I.N.S which can only be lifted by a fedderal judge, so I have to get this hold lifted before she can re-enstate my bond. Sir, I'm asking for your mercy and your help in setting me free, so I can get home to my wife, my mother, and my son. Your help will be verymuch appreciated by my 78 year old mother, my wife, my son and myself. The judge who ordered me deported is Judge Daniel Dowell of Bradenton, Florida,

CASE# 00 6231-CR
Page 4

(MANATEE COUNTY), AND MY ALIEN # IS (A 76537-967) THANK YOU FOR YOUR TIME IN THIS MATTER SIR. MAY GOD CONTINUE TO BLESS YOU.

I AM YOURS RESPECTFULLY

FRANKLIN MURRAY