UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,            CASE NO. 02-61683-CIV-DIMITROULEAS
                                                    (00-6231-CR-DIMITROULEAS)
    Plaintiff,

vs.

FRANKLIN MURRAY,

    Defendant.
_____/



## ORDER

THIS CAUSE having been heard upon Defendant's pro se unsworn December 10, 2002 Motion to Withdraw Plea, [DE-4] and the Court having received a December 24, 2002 response from the Government, the Motion to Withdraw Plea is Denied. It is an unsworn motion to vacate, and for the same reasons this Court denied a previous motion on December 9, 2002 [DE-2], it is time-barred.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 26 day of December, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Franklin Murray, #500214791
c/o Division of Community Corrections
P.O. Box 407065
Ft. Lauderdale, Florida 33340

Roger Powell, AUSA