UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                CASE NO. 02-61683-CIV-DIMITROULEAS
                                         (00-6231-CR-DIMITROULEAS)
    Plaintiff,

vs.

FRANKLIN MURRAY,

    Defendant.
_____/

FILED by _____ D.C.

JAN 9 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE has been heard upon Defendant's pro se unsworn January 3, 2003 Motion to Correct Restitution and Motion to Terminate Supervised Release and his January 6, 2003 Motion to Vacate, Seal or Withhold Adjudication. These are unsworn motions, and for the same reasons this Court denied previous motions, these motions are denied. They are time-barred. Even if timely made, these motions are insufficient to merit any relief. The motions are Denied.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of January, 2003.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Franklin Murray, #500214791
c/o Division of Community Corrections
P.O. Box 407065
Ft. Lauderdale, Florida 33340

Roger Powell, AUSA