UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO.  02-61683-CIV-DIMITROULEAS
                                             (00-6231-CR-DIMITROULEAS)
     Plaintiff,

vs.

FRANKLIN MURRAY,

     Defendant.
_____/

FILED by _____ D.C.

JAN 17 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## O R D E R

THIS CAUSE has been heard upon Defendant's pro se January 14, 2003 Motion For

Withheld Adjudication, Motion to Correct Restitution and Motion to Terminate Supervised

Release.  These motions having been previously denied, [DE-60], they are time-barred.  Even if

timely made, these motions are insufficient to merit any relief.  The motions are Denied.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

17 day of January, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Franklin Murray, #500214791
c/o Division of Community Corrections
P.O. Box 407065
Ft. Lauderdale, FL 33340

Roger Powell, AUSA

