PROB 19　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SD/FL PACTS No. 66586

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6231-CR-WPD</u>

U.S.A. vs Franklin Murray

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE



FILED by _____ D.C.
OCT 20 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## WARRANT FOR ARREST OF PROBATIONER

You are hereby commanded to arrest the within-named probationer and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court.

| NAME OF PROBATIONER | SEX | RACE | AGE |
|---|---|---|---|
| Franklin Murray | M | B | 34 |

ADDRESS (STREET, CITY, STATE)
LKA: 6842 Almont Avenue, Stone Mountain, GA

| PROBATION IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| Southern District of Florida | August 17, 2001 |

TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)
Southern District of Florida, Ft. Lauderdale, Florida

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| /s/ Clarence Maddox | /s/ Vinita Carter | October 20, 2004 |

### RETURN

**Warrant received and executed.**

| DATE RECEIVED | DATE EXECUTED |
|---|---|

EXECUTING AGENCY (NAME AND ADDRESS)

| NAME | (BY) | DATE |
|---|---|---|

---

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for <u>Southern</u> District of <u>Florida</u> ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

