PROB 12C
(SD/FL 9/96)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6231-CR-WPD



SD/FL PACTS N

FILED by _____ D.C.

OCT 20 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

# PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender:   Franklin Murray

Name of Sentencing Judicial Officer:   The Honorable William P. Dimitrouleas, U.S. District Judge, Ft. Lauderdale, Florida

Date of Original Sentence:   August 17, 2001

Original Offense:   Bank Fraud, 18 U.S.C. § 1344, a Class B felony

Original Sentence:   One month custody Bureau of Prisons, followed by five years supervised release. The following special conditions were imposed: 1. Five (5) months Home Confinement Electronic Monitoring Program 2. Participate in an approved treatment program for drug and/or alcohol abuse 3. Obtain prior approval from the U.S. Probation Officer before entering into any self-employment.

Type of Supervision: Supervised Release            Date Supervision Commenced: 09-14-2001

Assistant U.S. Attorney:                            Defense Attorney:
Roger Powell                                        Louis M. Jepeway, Jr., Esq.

---

# PETITIONING THE COURT

[X]   To issue a warrant
[]    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number          Nature of Noncompliance

1.                        **Violation of a Mandatory Condition,** by failing to refrain from violation of the law. On or about August 9, 2004, in Dekalb County, Georgia, the supervised releasee was arrested by the Immigration and Naturalization Service after he illegally reentered the United States after Deportation, in violation of 8 U.S.C. 1326.



PROB 12C                                                                 SD/FL PACTS No. 66586
(SD/FL 9/96)

Name of Offender:   Franklin Murray                    Case No. 00-6231-CR-WPD

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be
[X]   revoked.
[ ]   extended for _ years, for a total term of _ years.

[ ]   The conditions of supervision should be modified as follows:


                                            Respectfully submitted,
                                      by    /s/ Yamilee Sanchez
                                            Yamilee Sanchez
                                            U.S. Probation Officer
                                            Phone: 305-808-6452
                                            Date: October 5, 2004

---

THE COURT ORDERS:

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

                                            /s/ William Dimitrouleas
                                            Signature of Judicial Officer

                                            October 20, 2004
                                            Date