PROB 12C
(SD/FL 9/96)

SD/FL PACTS No. 66586

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6231-CR-WPD</u>



## SUPERSEDING PETITION FOR OFFENDER UNDER SUPERVISION

Name of Offender: Franklin Murray

Name of Sentencing Judicial Officer:  The Honorable William P. Dimitrouleas, U.S. District Judge, Ft. Lauderdale, Florida

Date of Original Sentence: August 17, 2001

Original Offense:   Bank Fraud, 18 U.S.C. § 1344, a Class B felony

Original Sentence:   One month custody Bureau of Prisons, followed by five years supervised release. The following special conditions were imposed: 1. Five (5) months Home Confinement Electronic Monitoring Program 2. Participate in an approved treatment program for drug and/or alcohol abuse 3. Obtain prior approval from the U.S. Probation Officer before entering into any self-employment.

Type of Supervision: Supervised Release

Date Supervision Commenced: 09-14-2001

Assistant U.S. Attorney:
Roger Powell

Defense Attorney:
Louis M. Jepeway, Jr., Esq.

## PETITIONING THE COURT

[ ]   To issue a warrant
[ ]   To issue a summons
[X]   Superseding Petition

The probation officer believes that the offender has violated the following condition(s) of supervision:

<u>Violation Number</u>    <u>Nature of Noncompliance</u>

1.    **Violation of a Mandatory Condition,** by failing to refrain from violation of the law. On or about August 9, 2004, in Dekalb County, Georgia, the offender was arrested by the Immigration and Naturalization Service after he illegally reentered the United States after Deportation, in violation of 8 U.S.C. 1326.

PROB 12C  
(SD/FL 9/96)                                                              SD/FL PACTS No. 66586

Name of Offender:       Franklin Murray                    **CASE NO.** 00-6231-CR-WPD

2.           **Violation of a Mandatory Condition**, by failing to refrain from violation of the law. On or about July 11, 2006, in Fulton County, Georgia, the offender failed to return a rental vehicle, contrary to Georgia Code 16-8-2 and 16-8-4, (Theft by Conversion and Theft by Taking.)

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be  
[X]   revoked.  
[ ]   extended for _ years, for a total term of _ years.

[ ]   The conditions of supervision should be modified as follows:

Respectfully submitted,

by       *(signature)*  
Yamilee Sanchez  
U.S. Probation Officer  
Phone: 305-424-2453  
Date: October 16, 2006

THE COURT ORDERS:

[ ]   No Action  
[X]   The Issuance of a Warrant  
[ ]   The Issuance of a Summons  
[ ]   Superseding Petition Accepted

*(signature)*  
Signature of Judicial Officer

October 20, 2006  
Date